IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PACIFICORP**,

          Plaintiff,

    v.

**NORTHWEST PIPELINE GP,** and
**GAS TRANSMISSION NORTHWEST CORPORATION**,

          Defendant.
_____

Civil No. 10-99-PK

O R D E R

    Bruce L. Campbell
    Justin C. Sawyer
    Miller Nash LLP
    111 SW Fifth Avenue, Suite 3400
    Portland, Oregon 97204

        Attorneys for Plaintiff

Page 1 - ORDER


Jessica Skelton
Philip S. Van Der Weele
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104

Arden E. Shenker
Robert E.L. Bonaparte
Shenker & Bonaparte LLP
1500 SW First Avenue, Suite 630
Portland, Oregon  97201

David W. Elrod
Susan D. Nassar
Elrod, PLLC
500 N. Akard Street, Suite 3000
Dallas, Texas  75201

      Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on June 23, 2010.  Defendant Gas Transmission Northwest filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak dated June 23, 2010 in its entirety.

Page 2 - ORDER

IT IS HEREBY ORDERED that PacifiCorp's Motion to Remand (#18) is denied; Gas Transmission's Motion for Reconsideration (#40) is denied as moot; Gas Transmission's Motion to Dismiss (#21) is granted in part and denied in part as stated in the Findings and Recommendation; and PacifiCorp's res ipsa loquitur claim is dismissed with leave to amend as stated in the Findings and Recommendation.

DATED this 9th day of August, 2010.

/s/ Garr M. King
GARR M. KING
United States District Judge